**07 CV 7477**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff
MDM Business Technologies Group, Inc.

-v-

Girl Scouts of the United States of America; and
Digital Products, Inc.

Defendant

Case No.

**Judge Pauley**

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MDM Business Technologies Group, Inc (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

MDM Business Technologies Group, Inc.
Has no corporate affiliates or subsidiaries and is not publicly held.

Date: 8/21/07

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf