EXHIBIT 6

## Charles Clarke — BID QUESTIONS

| | |
|---|---|
| From: | Charles Clarke [Cclarke@mdm-btg.com] |
| Sent: | Thursday, June 03, 2004 1:42 PM |
| To: | 'Hill, Eric' |
| Subject: | RE: RFQ Questions |

Tracking: Recipient Read
'Hill, Eric'    Read: 6/3/2004 4:24 PM

Thanks

In class 2 would the K-7145 or the Sharp AR-M450N meet spec with a 50 ADF but a 250 page document memory?

In class 4. (60 cpm) what I was trying to determine is since the copy speed is based upon 3 independent factors ADF or scan speed, image processing speed and engine speed. One short runs units with faster scan or ADF speed produce copies much faster that those with slower ADF's and slightly faster engine speeds. If Buyer's Lab product showed that these units were faster on specific jobs (ie 10 page job at 3 set simplex and or duplex) would the Sharp AR-M550N and/or the Konica 7255 meet the requirement of this class?

Do have any specific requirements for the Fiery?  — see item two in class 5.

Do you have specific model numbers for the items in class 6 ( Station folder – Four Inserter) and Class 8? I will give you and identical quote.

Thanks – Sorry to be a bother.

-----Original Message-----
From: Hill, Eric [mailto:Ehill@girlscouts.org]
Sent: Thursday, June 03, 2004 1:17 PM
To: Cclarke@mdm-btg.com
Subject: RE: RFQ Questions

See below!

Thank you!

Eric!

-----Original Message-----
From: Charles Clarke [mailto:Cclarke@mdm-btg.com]
Sent: Thursday, June 03, 2004 10:32 AM
To: Hill, Eric
Subject: RFQ Questions

Class 1

1. In the 85 cpm category to you have room for two 85 cpm machines with trimming and a color unit. When I did the measurements for the last RFQ this was impossible. Would you consider taking the trimmers off of the K-7075 systems and moving them to the 2 new 85 cpm units? This would give you what you need and you would have the floor space to accommodate this.

No Charlie, I want the trimmers kept on the machines.

    2.    Do you also require scanning via FTP which would be much faster?

Yes Sir

Class 2.

    1. In the 40 cpm category I cannot find any listed models in Buyers Lab which accommodate all of the features listed. Principally the 100 sheet ADF, unless on new machine just came on the market in the last month which has this feature. All digital copiers can accommodate far more that 100 pages for copying due to on board memory. Since documents are first scanned and then printed they are first imputed to memory. Since I couldn't find a machine that actually had a 100 sheet ADF I'm not sure what you intended. Would a 40 or 45 cpm machine with a 50 sheet ADF and large on board memory qualify to meet this spec, if the unit could copy sets of larger than 100 pages or even 200 pages. Example K-7145 or Sharp AR-M450N. Would these units qualify in this RFQ?

*[handwritten: NO RESPONSE TO QUESTION →]*

Class 4.

    1. Most manufacturer's are running engine speed no of 55 cpm and 70 cpm. In fact many 55 cpm machines use scan speed of 70 cpm so the actual running speed of the machine is faster than a traditional 60 cpm unit. Both Konica and Sharp do this. The Konica 7255 runs off of the 70 cpm scanner (ADF). In Sharp the 55 cpm machine has the faster scanner and also has a dual beam scanner allowing for duplex speeds approaching those of 85 cpm units(Example Sharp AR-M550N). Would those units qualify in this RFQ?

Most of the runs are short, who cares about the scan speed.

Class 5.

    1. The spec in this is difficult to measure. For one this there really is no dpi standard of 600 X 1800 in color laser copier-printers. The color lasers run at 600 X 600 dpi. Resolutions above this are not true resolutions but rather software algorithms in the machine to create the effect of higher dpi resolutions. Other units utilize smaller more symmetrical toner particles which lay closer together on the page. In other word dpi in itself does not equate to improved image quality.

    2. There are no specs for the Fiery controller. Currently you have an external Fiery controller on the Xerox Doc 40. The state of the art Fiery controller is now a Z5 which utilizes a 2 GHz Pentium 4 processor and hard drives up to 60 gig with 512K or better Ram. Most 30 cpm units run off of underpowered embedded fiery controllers X3e at 600 MHz either Pentium III or Celeron. These are not compatible with the other and will reflect drastically on the print speed. Please specify the minimum Fiery requirements for this category.

*[handwritten: NO RESPONSE →]*

    3. You state that you are looking for a 30 ppm unit with 600 X 1800 dpi. Currently there are no models which can produce full color images at 30 cpm at this resolution. 30 cpm is relegated to lower dpi resolutions.

There are models that meet this criteria. — *[handwritten: NOT CORRECT - SPEED ON UNITS IS STATED AT NORMAL RESOLUTION 600 X 600.]*

    4. By the looks of this category it appears that you are looking at a major downgrade in color capabilities despite increased color usage at the organization. When we spoke last year and earlier this year when you first put out the RFQ you were looking at upgrading the current color unit.

6/28/2004

Page 3 of 3

5. Also when we spoke earlier you were looking at getting a color unit on a 36 or 39 month lease and not on a 60 month lease. A 60 month lease in the color area may pose several problems. First, the technology in this area is changing far more rapidly than that of B&W copiers. Units are getting faster, fiery controllers are getting more robust, document sizes and requirements are increasing and most importantly cost are going down, especially in the operational costs of the units. If you examine your own bills you will note that the service and support costs far outweigh the lease costs. With costs in this area coming down dramatically it will cost you less in the long run to get a shorter lease and upgrade as costs fall.

If I wrap everything in 1 lease I can buyout 1 machine and keep the rest can't I?

Class 6, 7, and 8

Since no copier manufacture's supply these items and all qualified bidders have to go to the same source to procure these items for you would it make sense to remove them from the RFQ. For example, the only place anyone can purchase a GBC TL2900 is from GBC. Why tie all this up in the copier lease when you can purchase this separately. If you do not wish to exclude can you supply the model equivalent for Class 6 and for Class 8.

Some of the companies bidding have partnerships with GBC and can get better pricing than GSUSA.

↳ ONLY ONE COMPANY BIDDING ALSO SELLS MAILING + FOLDING EQUIPMENT.

↓ NO, ONLY THE VENDER WHO WINS THE BID WOULD BE ABLE TO PARTIALLY UPGRADE A LEASE. THIS ~~WILL~~ WILL TIE THE HANDS OF GSA FOR FUTURE PRODUCT CHOICES.

6/28/2004

L  #+!q!y

Michael Levine

| | |
|---|---|
| From: | Charles Clarke [Cclarke@mdm-btg.com] |
| Sent: | Thursday, September 23, 2004 6:51 PM |
| To: | mlevine@mdm-btg.com |
| Subject: | FW: NEW COPIER INSTALLATION/TRIAL |

-----Original Message-----
From: Hill, Eric [mailto:Ehill@girlscouts.org]
Sent: Thursday, September 23, 2004 2:32 PM
To: CClarke@MDM-BTG.com
Subject: Fw: NEW COPIER INSTALLATION/TRIAL

Here you Go.

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Stephens, Olin <Ostephens@girlscouts.org>
To: Bailor, Catherine <CBailor@girlscouts.org>; Barnes, Alex <ABarnes@girlscouts.org>; Bergman, Fred <FBergman@girlscouts.org>; Bevilacqua, Henry <Henry.Bevilacqua@girlscouts.org>; Bokman, Elisha <EBokman@girlscouts.org>; Bradley, Bettye <Bbradley@girlscouts.org>; Carmichael, James <JCarmichael@girlscouts.org>; Chamakoon, John <Jchamakoon@girlscouts.org>; Cox, Derek <DCox@girlscouts.org>; Crawford, Marjorie <Mcrawford@girlscouts.org>; Daniel, Rashorne <RDaniel@girlscouts.org>; Davis, Beverly <Bdavis@girlscouts.org>; DePass, Valdine <VDePass@girlscouts.org>; Esposito, Rosa <Resposito@girlscouts.org>; Francis, Juan <JFrancis@girlscouts.org>; Franco, Marie <Mfranco@girlscouts.org>; Gabaldon, Bernadette <Bgabaldon@girlscouts.org>; Gil, Francisco <FGil@girlscouts.org>; Gonzalez, Angel <AGonzalez@girlscouts.org>; Grimmig, Marianne <Mgrimmig@girlscouts.org>; Hazzard, David <DHazzard-02@girlscouts.org>; Hernandez, Virginia <VHernandez-02@girlscouts.org>; Hernandez, Catherine <CHernandez@girlscouts.org>; Hill, Eric <Ehill@girlscouts.org>; Johnson, Laytha <LJohnson@girlscouts.org>; Knight, Troy <Tknight@girlscouts.org>; Kuhner, Rosemary <Rkuhner@girlscouts.org>; Liu, Disa <DLiu@girlscouts.org>; Lopez, Myrna <Mlopez@girlscouts.org>; Ma Amy <AMa@girlscouts.org>; Modica, Carol <Cmodica@girlscouts.org>; Nelson, Elizabeth <ENelson@girlscouts.org>; Nieciecki, Daniel <DNieciecki@girlscouts.org>; Oliver, Don <Doliver@girlscouts.org>; Prieto, Joe <Jprieto@girlscouts.org>; Rakoczi Jozsef <JRakoczi@girlscouts.org>; Richards, Stanley <Srichards@girlscouts.org>; Ronayne, William <Wronayne@girlscouts.org>; Sambolin, Joseph <Jsambolin@girlscouts.org>; Santiago, Jason <JSantiago@girlscouts.org>; Sawyers, Carlene <CSawyers@girlscouts.org>; Spelda, Michal <Mspelda@girlscouts.org>; Stephens, Olin <Ostephens@girlscouts.org>; DeBella-Tizzano, Carolyn <Cdebella@girlscouts.org>; Vidal, Gilson <GVidal@girlscouts.org>; White, Iola <Iwhite@girlscouts.org>; Wright, Charles <Cwright@girlscouts.org>; Yan, Christine <Cyan@girlscouts.org>
CC: Kowack, William <Bkowack@girlscouts.org>
Sent: Thu Sep 23 14:27:06 2004
Subject: FW: NEW COPIER INSTALLATION/TRIAL

1

On Friday, September 24th, there will be a brand new digital copying system installed on the 9th floor in membership credentials for a test run.

Training sessions will be scheduled throughout the day and a representative from the vendor, MDM will be on hand to assist you as your questions arise.

The representatives from MDM are here to show you how to get the most out of this new equipment. Please show up to the training sessions (there will be many) and don't hesitate to ask questions.

The new system will be connected to the network as a scanner and printer, which will help our organization as we move forward into the digital age.

Thank you!

Olin!

Exhibit 8
#

To: Hill, Eric <Ehill@girlscouts.org>
Sent: Fri Oct 01 12:24:40 2004
Subject: Copier Trial

I visited the trial copier several times. The users love the unit. Mike suggested that we see if we can try the unit at one of the K-7060 locations running high volume so you can get a real good test of the capabilities and get more user feedback. Let me know what you think.

Charles Clarke, Vice President
MDM Business Technologies Group, Inc.
1 East 33rd Street, New York, NY 10016
212-843-6700 X221  Fax 212-843-8898

3



## Michael Levine

From: Charles Clarke [Cclarke@mdm-btg.com]
Sent: Monday, October 04, 2004 2:00 PM
To: 'Hill, Eric'
Cc: mlevine@mdm-btg.com
Subject: RE: Copier Trial

 
Scan0011.tif    8050 Better Buys.tif

Eric, I received your Email this morning. Since you are making your decision later this week I wanted to reiterate several key points from MDM's proposal at this time and address several items with you.

I thought that after meeting with you and also speaking with Gill and Joseph from your IT dept on the first day of the trial as well as the previous meeting with you, Bill and Michael Levine that the purpose of the trial was to evaluate printing and scanning. IT provided a network address when we installed the unit but never installed print drivers so that users could print to the unit. Also scanning was never installed. Gill asked us to come back on Monday (this meeting was postponed) and then again on the following Friday to work with them to set up the printing and scanning for the users. Gill from your IT dept told Charlie Schneider, our systems engineer, (on Friday) that it wasn't necessary any longer to connect the unit. I thought that the ONLY reason for establishing a trial was to get a feeling on how the users responded to the new print and scan technologies and more importantly to differentiate between manufacturers on how the contention issue ( the collision of copy, print and scan and the effect on the network), which was a key point in Michael Levine's PowerPoint presentation.

I understand you are also under time constraints. Since MDM is already renting all of the other convenience copiers why don't we reposition the trial K-7255 unit into another location, for example the location where you are trialing the Kyocera KM-6330 copier. The users in that location would give you better feedback since they would have worked with both the Konica and the Kyocera copier one after the other.

I am also enclosing the Buyer Lab analysis for you, which we supplied you in our meeting. Since copiers are now a technology item, especially when it comes to printing, scanning, image processing speed, and memory. It is important to note that the Kyocera Mita copier is a much older unit technologically. It was introduced in October 2002. The Konica was not introduced until January of 2004. I could show you in a side by side comparison the enormous changes which occur from model to model.

I would also like to reiterate MDM's color copier recommendation at this time. You currently lease a Graphic Quality Xerox Doc Color 40. MDM is proposing to replace this unit with the Konica 8050 digital color laser copier-print-scanner also of graphic and production quality. In addition to the high image quality you have expressed Florence's concern to me regarding the extremely high cost to produce color copies and prints. Your current per copy rate is, I believer 12 cents per page. This does not include all supplies and fuser oils. Our proposal to you on the Konica 8050 reduced the cost per page to 7.5 cents and included ll items necessary to run the equipment, except staples and paper. This is nearly a 40% reduction in the cost per print.

I am aware that you are looking at the Kyocera color unit, model C3130.

1

This unit is wholly made by Konica and sold as our model 8031. - This is not a laser unit but an LED model and is designed as a business color model. This model is extremely old technologically (November 2002) and is currently in the process of being discontinued. MDM elected not to offer the 8031, even though it met spec. We are offering you Konica's newest color model which runs at 50 copies per minute for the same price with a cost per coping including all supplies for 7.5 cents. This unit won Editor's Choice, and is far superior to the older Kyocera C3130 or the Konica 8031 models.

I hope that we can meet later this week prior to your decision so that I can completely review my proposal to the GSA.

In closing let me summarize the main points of MDM's proposal.

1.	Konica digital copiers - state of the art technology - all current production models from a tier one copier manufacturer.
2.	Shorter term leases without increasing your monthly cost basis to allow for flexibility of equipment upgrades. Our lease terms for the convenience copiers would be 36 months.
3.	Production level graphics quality color at the lowest cost per print currently offered on the market.
4.	Upgrade of copy center equipment (one unit) Model K-7075 to the new Konica 1050 digital copier at 105 pages per minute (see details from my proposal).
5.	A month to month rental on one Konica 7075 to allow the Girl Scouts to terminate the month to month rental of the Xerox 5390 in the copy center. This month to month rental will reduce your expenses by several thousand dollars per month. This unit would remain until the new Konica 1050 is introduced later this year.

If you fully examine the specifics of our offer you will see that it far xceeds the performance parameters set forth in your Request for Proposal dated June 2004. This equipment mix will provide far better reliability and flexibility to the Girl Scouts than the minimum requirements set forth on your Request for Proposal. We elected to not to meet the requirements but to exceed them in most categories of performance while at the same time keeping your costs in line and under budget.

Before you make your decision I would like to meet with you.   Thank you for your consideration.
-----Original Message-----
From: Hill, Eric [mailto:Ehill@girlscouts.org]
Sent: Friday, October 01, 2004 1:06 PM
To: CClarke@MDM-BTG.com
Cc: Kowack, William
Subject: Re: Copier Trial

Charlie,

The trial is over as of today. I am going to sit with the three floors that had trials and make a decision. Also, this is the end of our fiscal year and Bill is very busy closing the books, could you try not to call until after Wednesday or thursday of next week. We will let you know after we make a decision. Have a good weekend!

Eric!
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Charles Clarke <Cclarke@mdm-btg.com>

2



Exhibit #10

Bergman, Fred

**From:** Crawford, Marjorie
**Sent:** Monday, October 04, 2004 1:29 PM
**To:** Hill, Eric; 9th floor
**Cc:** Kowack, William; Stephens, Olin
**Subject:** RE: NEW COPIER TRIAL

It is great, we love it

Thank

-----Original Message-----
**From:** Hill, Eric
**Sent:** Monday, October 04, 2004 12:58 PM
**To:** 9th floor
**Cc:** Kowack, William; Stephens, Olin
**Subject:** NEW COPIER TRIAL

Good afternoon everyone,

Just wanted to know how much you liked or disliked the copier that has been on your floor the past week or so. I would appreciate a quick email or phone mail response.

Thank you!

Eric!

Exhibit # 11

# MDM Business Technologies Group, Inc.

1 East 33rd Street, New York, NY 10016 (212) 843-6700 Fax (212-843-8898 Email cclarke@mdm-btg.com

6/10/2004

Eric Hill
Girl Scouts of the U.S.A.
420 Fifth Avenue
New York, NY 10018

Dear Eric:

Enclosed please find our proposal for the copier bid due on June 14, 2004. MDM will be bidding in various configuration to both meet and exceed your minimum bid requirements.

Option 1.

| | Model | Quantity | Lease Price | |
|---|---|---|---|---|
| Class 1 | K-7085 | 2 | $4,293.10 | |
| Class 2 | K-7145 | 6 | | |
| Class 4 | K7255/7165 | 4 | | |
| Class 5 | K-8050 | 1 | | |
| Class 6 | Formax 644 | 1 | $ 415.00 | N/A |
| Class 7 | GBC TL2900 | 1 | $ 46.15 | N/A |
| Class 8 | GBC Digcoil | 1 | $ 404.13 | N/A |
| Xerox Buyout | | | $ 750.00 | |

| | | Service & Overage |
|---|---|---|
| Monthly Service B&W Copiers | $2,610/month | $.009 per copy |
| Monthly Service Color | $ 375/month | $.075 per copy |
| Service Formax 644 | | $2450 + 5%/year |
| Service GBC TL 2900 | | $278/year |
| Service GBC Digicoil | | $2702/year |

Option 2.

| | Model | Quantity | Lease Price |
|---|---|---|---|
| Class 1 | K-7085 | 2 | $5,134.99 |
| Class 2 | K-7255 | 6 | |
| Class 4 | K-7165 | 4 | |
| Class 5 | K-8050 | 1 | |
| Class 6 | Formax 644 | 1 | $ 415.00 |
| Class 7 | GBC TL2900 | 1 | $ 46.15 |
| Class 8 | GBC Digcoil | 1 | $ 404.13 |
| Xerox Buyout | | | $ 750.00 |

| | | Service & Overage |
|---|---|---|
| Monthly ServiceB&W Copiers | $2,610/month | $.009 per copy |
| Monthly Service Color | $ 375/month | $.075 per copy |
| Service Formax 640 | | $2,450/year +5%/year |
| Service GBC TL 2900 | | $278/year |
| Service GBC Digicoil | | $2,702/year |

All the machines above have been configured with the appropriate, finishers, punch units, print controllers and or trimmers to meet the bid specification listed in the RFQ. I have also enclosed brochures for all the the equipment listed and a copy of our lease and service agreement which detail the specifics of the leasing and service policies and terms and conditions. Please note the above figures also include the buyout of your Xerox contract at $40,000. I have listed this as a line item in the event that your buyout becomes less this may be altered accordingly.

The lease rates quoted are based upon the current Citicapital lease rates published in June 2004, utilizing

National Sales & Service Center for Sharp Electronics Corp. Panasonic, Hewlett Packard & Konica
Your first choice in digital Copiers, Facsimile, Laser Printers and Color Copiers and Print Systems

the Citicapital lease document (see enclosed)

**Delivery and Installation:** MDM agrees to deliver and install the above equipment in accordance with a schedule as set forth by the Girl Scouts.

**Equipment Removal:** MDM agrees, if awarded this bid to remove our existing rental copiers at no cost to the Girl Scouts.

**Training:** Authorized and train personal will provide on-site training on the proper usage and upkeep of the equipment. Training will be provided on the day of and the day following installation of the equipment. One to two weeks subsequent to delivery and installation MDM will provide additional training support at o additional cost.

**Service and Supplies:** All service and supplies are included in the above pricing except for paper and staples.

Please see the itemized equipment and descriptions below:

| Model | Description |
| --- | --- |
| K-7085 | 85 cpm Digital Copier - 500 page document memory |
| FS-211 | Finisher |
| PPI-108 | Post Process Inserter |
| IP-602 | Print Controller |
| VI-602 | Video Interface |
| KN-306 | Network Card |
| PS-362 | Post Script III |
| PZ-109 | Punch & Z Fold Unit |
| LT-402 | Large Capacity Tray |
| | |
| K-7145 | 45 cpm Digital Copier - 200 page document memory |
| DB-411 | Drawer Base (1 X 1,500) |
| FS-113 | Stapler Finisher with 2/3 Hole Punch |
| HD-103A | Hard Drive |
| IP-432 | Print |
| PS-344 | Post Script III |
| HD-107 | Hard Drive |
| | |
| K-7255/7165 | 55 cpm Digital Copier - 250 page document memory |
| LT-402 | Large Capacity Paper Tray |
| FS-110 | Finisher |
| PZ-109 | Punch & Z Fold |
| HD-105 | Hard Drive |
| IP-511 | Print Controller |
| PS-351 | Post Script |
| | |
| K-8050 | 50 cpm Color Copier - 100 page document memory |
| DF-319 | Document Feeder |
| FS-215 | Finisher |
| IP-901 | Print Controller |
| LT-211 | Large Capacity Paper Tray |
| HD-106 | Hard Drive |

Feel free to contact me with any questions:

Sincerely,


Charles Clarke
Vice President