UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MDM BUSINESS TECHNOLOGIES GROUP, INC.,

    Plaintiff,

v.

GIRL SCOUTS OF THE UNITED STATES OF AMERICA; and DIGITAL PRODUCTS, INC.,

    Defendants.

Case No. 07-cv-07477 (WHP)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Heller Ehrman LLP hereby appears in this action on behalf of defendant Girl Scouts of the United States of America and requests that all pleadings, notices, orders, correspondence and other papers be served on the undersigned.

Dated: New York, New York
       September 18, 2007

HELLER EHRMAN LLP

_____
August T Horvath (AH 8776)
Joseph Angland (JA 6607)
Kenneth Kirschner (KK 0252)
Times Square Tower
7 Times Square
Phone: (212) 832-8300
Fax: (212) 763-7600

Counsel for Defendant Girl Scouts of the United States of America