UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MDM BUSINESS TECHNOLOGIES GROUP, INC.,

    Plaintiff,

v.

GIRL SCOUTS OF THE UNITED STATES OF AMERICA; and DIGITAL PRODUCTS, INC.,

    Defendants.

Case No. 07-cv-07477 (WHP)

**Rule 7.1 Statement**

---

### Federal Rule of Civil Procedure 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Girl Scouts of the United States of America, by and through its attorneys Heller Ehrman LLP, states that it has no parent corporation and that there is no publicly-held corporation that holds 10% or more of its stock.

Dated: New York, New York
       September 18, 2007

HELLER EHRMAN LLP

_/s/_

August T Horvath (AH 8776)
Kenneth Kirschner (KK 0252)
Joseph Angland (JA 6607)
Times Square Tower
7 Times Square
Phone: (212) 832-8300
Fax: (212) 763-7600

Counsel for Defendant Girl Scouts of the United States of America