# FENSTER & KURLAND LLP

ATTORNEYS AT LAW
337 NORTH MAIN STREET
SUITE 11
NEW CITY, NEW YORK 10956
TELEPHONE
(845) 638-4700
FACSIMILE
(845) 638-4767

ROBERT D. FENSTER, P.C.
ADAM K. KURLAND, P.C.*
* ADMITTED IN NY AND NJ

PARALEGALS:
LORI DEAN-CHIRONNO
GINA A. LUBECK
KATHERINE M. KIVLEHAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2007

OCT 09 2007

October 9, 2007

**VIA FACSIMILE TRANSMISSION**
Hon. William H. Pauley III, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        RE: DIGITAL PRODUCTS, INC., et al,
          adv. MDM BUSINESS TECHNOLOGIES
          GROUP, INC.
          No.: 07-CV-7477 (WHP)

Dear Judge Pauley:

  This office is counsel to Defendant Digital Products, Inc. ("DPI") in connection with the above-referenced matter. This letter is submitted to Your Honor as and for DPI's request for an extension of time by which to answer or otherwise move with respect to Plaintiff's Complaint. Our client has recently provided to us a copy of the Summons and Complaint served upon it and I have undertaken a review of same. A responsive pleading is due Wednesday, October 10, 2007. Due to conflicting schedules by and between the undersigned and the executives at DPI, I have not yet had an opportunity to meet with my client concerning this matter. DPI has not previously requested an extension or an adjournment on this or any other matter related to this litigation and, in addition, counsel to Plaintiff has consented to the within request.

  In this regard, I forwarded to Plaintiff's counsel a Stipulation to be executed by him (the content of which was approved by Plaintiff's counsel), which Stipulation I intend to thereafter submit to Your Honor to be So Ordered. A copy of that Stipulation is enclosed herewith.

E:\WPDATA\Digital Products, Inc\MDM\Judge Pauley Ltr 100907.wpd

*Application granted. Defendant DPI shall answer or otherwise respond to the Complaint by October 22, 2007.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
10/11/2007

Hon. William H. Pauley III, U.S.D.J.      Page -2-    October 9, 2007

Thank you in advance for Your Honor's attention and consideration to this matter.

Respectfully,

ADAM K. KURLAND

AKK:kth
encl.
cc: Bruce I. Afran, Esq. *(via facsimile transmission)*
    August T. Horvath, Esq. *(via facsimile transmission)*
    Digital Products, Inc. *(via e-mail)*

E:\WPDATA\Digital Products, Inc\MDM\Judge Pauley Ltr 100907.wpd