UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MDM BUSINESS TECHNOLOGIES GROUP, INC.,

                Plaintiff,        Case No.: 07 CV 7477(WHP)

    - against -

GIRL SCOUTS OF THE UNITED STATES OF
AMERICA; and DIGITAL PRODUCTS, INC.,

                Defendants.
------------------------------------------x

    PURSUANT to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Digital Products, Inc., (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:  **NONE**.

Dated:    New City, New York
           October 22, 2007

                                        Respectfully submitted,

                                        FENSTER & KURLAND LLP

                          By:        s/
                              Adam K. Kurland, Esq. (AKK-6948)
                              Attorneys for Defendant,
                              Digital Products, Inc.
                              337 North Main Street
                              Suite 11
                              New City, New York 10956
                              (845) 638-4700