HELLER EHRMAN LLP
Joseph Angland (JA-6607)
Kenneth Kirschner (KK-0252)
August T. Horvath (AH-8776)
7 Times Square
New York, New York 10036
Tel.: (212) 832-8300
Fax: (212) 763-7600

Attorneys for Defendant Girl Scouts of the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MDM BUSINESS TECHNOLOGIES, INC.,

                         Plaintiff,

      v.

GIRL SCOUTS OF THE UNITED STATES OF

AMERICA; and DIGITAL PRODUCTS, INC.,

                         Defendants.
----------------------------------------------------------------x

No.: 07-CV-7477 (WHP)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law of Defendant Girl Scouts of the United States of America in Support of its Motion to Dismiss the Complaint, Girl Scouts of the United States of America, by and through its undersigned counsel, will move this Court, before the Honorable William H. Pauley, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint for failure to state a claim on which relief can be granted.

Pursuant to the Stipulation and Proposed Order herein filed September 18, 2007, Plaintiff shall serve and file any opposition to this motion on or before November 21, 2007. Pursuant to Local Rule 6.1(b), defendant Girl Scouts of the United States of America shall serve and file any reply brief on or before November 30, 2007.

Dated: New York, New York
October 22, 2007

HELLER EHRMAN LLP

By:_____/S/_____
August T. Horvath (AH-8776)
Joseph Angland (JA-6607)
Kenneth Kirschner (KK-0252)
7 Times Square
New York, New York 10036
Tel.: (212) 832-8300
Fax: (212) 763-7600

*Attorneys for Defendant Girl Scouts of the United States of America*