UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MDM BUSINESS TECHNOLOGIES GROUP, INC.,          Case No: 07 CV 7477

               Plaintiff,

   -against-                                                             **AFFIDAVIT OF SERVICE**

GIRL SCOUTS OF THE UNITED STATES OF
AMERICA; and DIGITAL PRODUCTS, INC.,

               Defendants.
-------------------------------------------------------------------X

**STATE OF NEW YORK**     }
                                    **ss:**
**COUNTY OF NEW YORK**   }

      RACHEL LEBOWITZ, being duly sworn, says:

1. I am not a party to the action, and am over 18 years of age and reside at 1194 Van Nest Ave, 1st Fl., Bronx, N.Y. 10461

2. On September 17, 2007, I served a true copy of a Summons & Complaint, Rule 7.1 Statement, Judge and ECF instructions, by personally delivering to Mark Habeeb, V.P. Sales at Digital Products, Inc. at 1370 Broadway, 5th Floor, New York, New York 10018.

3. Deponent describes the individual served as follows: Sex: Male / Height: 5'7-6' / Weight: 140-195 Lbs. / Age: 40-55 Yrs./ Color of Skin: white to light tan / Color of Hair: Gray with some dark.

                                                                        _____
                                                                         RACHEL LEBOWITZ

Subscribed and Sworn to
before me on

_____


_____
NOTARY PUBLIC