UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MDM BUSINESS TECHNOLOGIES GROUP, INC.,                Case No: 07 CV 7477

        Plaintiff,

   -against-                                                                **AFFIDAVIT OF SERVICE**

GIRL SCOUTS OF THE UNITED STATES OF
AMERICA; and DIGITAL PRODUCTS, INC.,

        Defendants.
-------------------------------------------------------------------X

**STATE OF NEW YORK**   }
                                         **ss:**
**COUNTY OF NEW YORK**   }

      RACHEL LEBOWITZ, being duly sworn, says:

1. I am not a party to the action, and am over 18 years of age and reside at 1194 Van Nest Ave 1st Fl., Bronx, N.Y. 10461

2. On September 17, 2007, I served a true copy of a Summons & Complaint, Rule 7.1 Statement, Judge and ECF instructions, by personally delivering to Cassandra Adams at Girl Scout of the United States of America at 420 Fifth Avenue, New York, New York 10018; Admistrative Assistant to Florence Corsello, CFO/Senior Vice President

3. Deponent describes the individual served as follows: Sex: Female / Height: 4'11-5'3 / Weight: 125-175 Lbs. / Age: 30-45 Yrs./ Color of Skin: Black / Color of Hair: Black.


                                                        _____
                                                        RACHEL LEBOWITZ

Subscribed and Sworn to
before me on

_____

_____
NOTARY PUBLIC