UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                        :
MDM BUSINESS TECHNOLOGIES
GROUP, INC.,                                            :

              Plaintiff,        :   07 Civ. 7477 (WHP)

       -against-                          :   SCHEDULING ORDER No. 1

GIRL SCOUTS OF THE UNITED                               :
STATES OF AMERICA et al.,
                                                        :
              Defendants.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Defendant Girl Scouts of the United States of America ("GSUSA") having filed a motion to dismiss on October 22, 2007, the following schedule is established on consent:

        (1) Plaintiff shall serve and file any opposition by November 21, 2007;

        (2) GSUSA shall serve and file any reply by December 7, 2007; and

        (3) this Court will hear oral argument on January 4, 2008 at 12:00 p.m..

Dated: October 31, 2007
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Bruce Ira Afran, Esq.
Bruce Afran, Attorney At Law
10 Braeburn Drive
Princeton, NJ 08540
*Counsel for Plaintiff*

August T. Horvath, Esq.
Heller Ehrman, White & McAuliffe, LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
*Counsel for Defendant GSUSA*

Adam Keith Kurland, Esq.
Fenster & Kurland LLP
337 North Main Street, Suite 11
New City, NY 10956
*Counsel for Defendant DPI*