UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MDM BUSINESS TECHNOLOGIES, INC.,                :
      Plaintiff,                                                       :
      v.                                                                    :    No.: 07-CV-7477 (WHP)
GIRL SCOUTS OF THE UNITED STATES OF   :
AMERICA; and DIGITAL PRODUCTS, INC.,         :
      Defendants.                                                    :
------------------------------------------------------------x

## ~~PROPOSED~~ REVISED SCHEDULING ORDER

**IT IS HEREBY ORDERED**, that the time for plaintiff MDM Business Technologies, Inc. ("MDM") to submit a memorandum of law in opposition to defendant Girl Scouts of the USA's ("GSUSA's") motion to dismiss in the above case, now due on November 21, 2007, is extended to and including December 21, 2007, because of personal events impairing MDM's ability to complete its opposition. GSUSA and defendant Digital Products, Inc. ("DPI") consent to this extension. MDM has not previously requested an extension of time to oppose GSUSA's motion to dismiss. The following schedule is hereby established for this motion:

(1) MDM shall serve and file its opposition by December 21, 2007;

(2) GSUSA shall serve and file any reply and DPI shall serve and file any papers in further support of GSUSA's motion or in response to MDM's opposition by January 11, 2008;

(3) this Court will hear oral argument on _February 1_, 2008 at 12:00 pm; and

(4) ~~the pre-trial conference scheduled for December 7, 2007, is adjourned.~~

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
11/30/2007