UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
MDM BUSINESS TECHNOLOGIES
GROUP, INC.,                                         :

                        Plaintiff,                  :      07 Civ. 7477 (WHP)

                -against-                            :      SCHEDULING ORDER No. 2

GIRL SCOUTS OF THE UNITED                            :
STATES OF AMERICA et al.,
                                                    :
                        Defendants.
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

                Counsel for the parties having appeared for a December 7, 2007 conference, the

following is established on consent:

>           (1) The parties shall exchange Rule 26 initial disclosures by January 4,
>               2008;
>
>           (2) Fact discovery shall be completed by May 15, 2008;
>
>           (3) The parties shall identify any experts by May 15, 2008;
>
>           (4) Plaintiff shall serve any expert reports by June 20, 2008;
>
>           (5) Defendant shall serve any expert reports by July 21, 2008;
>
>           (6) Expert discovery shall be completed by September 5, 2008;
>
>           (7) The parties shall submit a joint pre-trial order in accord with this
>               Court's individual practices by October 3, 2008; and

(8) This Court will hold a final pre-trial conference on October 17, 2008 at 11:00 a.m.

Dated: December 7, 2007
   New York, New York

           SO ORDERED:


           _____
           WILLIAM H. PAULEY III
           U.S.D.J.

*Counsel of Record:*

Bruce Ira Afran, Esq.
Bruce Afran, Attorney At Law
10 Braeburn Drive
Princeton, NJ 08540
*Counsel for Plaintiff*

August T. Horvath, Esq.
Heller Ehrman, White & McAuliffe, LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
*Counsel for Defendant GSUSA*

Adam Keith Kurland, Esq.
Fenster & Kurland LLP
337 North Main Street, Suite 11
New City, NY 10956
*Counsel for Defendant DPI*