UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MDM BUSINESS TECHNOLOGIES
GROUP, INC.,

        Plaintiff,           07 Civ. 7477 (WHP)

      -against-          ORDER

GIRL SCOUTS OF THE UNITED
STATES OF AMERICA et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on February 1, 2008, Defendants' motion to dismiss is granted. The Clerk of Court is directed to mark this case closed.

Dated: February 11, 2008
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/13/2008]

*Counsel of Record:*

Bruce Ira Afran, Esq.
Bruce Afran, Attorney At Law
10 Braeburn Drive
Princeton, NJ 08540
*Counsel for Plaintiff*

August T. Horvath, Esq.
Heller Ehrman, White & McAuliffe, LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
*Counsel for Defendant GSUSA*

Adam Keith Kurland, Esq.
Fenster & Kurland LLP
337 North Main Street, Suite 11
New City, NY 10956
*Counsel for Defendant DPI*