**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
MDM BUSINESS TECHNOLOGIES GROUP, INC.,

                Plaintiff,

      -against-

GIRL SCOUTS OF THE UNITED STATES OF
AMERICA, et al.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

07 CIVIL 7477 (WHP)

**JUDGMENT**

      Defendants having moved to dismiss, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on February 11, 2008, having rendered its Order granting defendant's motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         February 14, 2008

                              J. MICHAEL McMAHON
                              Clerk of Court
                BY:
                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____